NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BILLY RAY O'NEAL, | No. 09-16569 |
| Plaintiff - Appellant, | D.C. No. 4:08-cv-04669-SBA |
| v. | |
| COUNTY OF SAN FRANCISCO; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Saundra B. Armstrong, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Billy Ray O'Neal, a California state prisoner, appeals pro se from the district

court's order dismissing without prejudice his 42 U.S.C. § 1983 action alleging

excessive force.  We review for an abuse of discretion a district court's dismissal

under its local rules.  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

curiam).  We reverse and remand.

Under the circumstances set forth in O'Neal's briefs and the district court record, dismissal of the action was an abuse of discretion.

O'Neal's motion to file a supplemental opening brief, filed on March 8, 2011, is granted.

**REVERSED and REMANDED.**